**CLOSED**

|  |  |
|---|---|
| **YMAX CORPORATION,** | **UNITED STATES DISTRICT COURT** |
|  | **DISTRICT OF NEW JERSEY** |
| **Plaintiff(s),** |  |
|  | **Hon. Dennis M. Cavanaugh, U.S.D.J.** |
| -vs- | Civil Action No. 08cv3307 (DMC) |
| **TELEBRANDS CORPORATION, et al.,** | **DISMISSAL ORDER** |
| **Defendant(s),** |  |

**IT HAVING BEEN REPORTED** to the Court that the above-captioned matter has been settled;

**IT IS on this 6th day of October, 2008**

**ORDERED THAT** this matter be and hereby is dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to seek to reopen the action if the settlement is not consummated.

S/Dennis M. Cavanaugh
**DENNIS M. CAVANAUGH**
**United States District Judge**

cc:   All Parties
      Hon. Mark Falk, U.S.M.J.
      File